

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC 'cross-appellees',
Appellant

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC 'cross-appellants',
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on July 6, 2020. On July 6, 2020, the court reporter responsible for filing the reporter's record, Leticia Murillo Escamilla, filed a notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated July 8, 2020, we granted Ms. Escamilla's request in part and extended the deadline for her to file the reporter's record until August 5, 2020. On August 5, 2020, Ms. Escamilla filed a second notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated August 7, 2020, we ordered Ms. Escamilla to file the complete reporter's record by September 4, 2020. In addition, we ordered Ms. Escamilla to file a status report every 14 days, beginning on August 21, 2020, indicating the volumes filed and a fair estimate of completion date for all remaining volumes, until the complete reporter's record is filed.

On September 4, 2020, Ms. Escamilla filed a third notification of late record, requesting until October 5, 2020, to file the reporter's record. In her notification of late record, Ms. Escamilla states that she anticipates the length of the record to be 2,000 pages. Ms. Escamilla attached a status report to her notification of late record, stating that 660 pages of the record have been "scoped/edited" and that 550 of those pages "have been reviewed and currently [are] being proofread for corrections." On September 15, 2020, Ms. Escamilla filed a single volume of the reporter's record that is 56 pages. On September 16, 2020, a deputy clerk of this court contacted Ms. Escamilla to ask for the total number of volumes of the reporter's record that will be filed. Ms. Escamilla responded that the reporter's record includes nine volumes of testimony and two or three volumes of exhibits.

In light of the foregoing, IT IS ORDERED that Leticia Murillo Escamilla shall email a **daily work log** to a deputy clerk of this court by 5:00 p.m. every business day. The daily work log shall be completed on the form attached to this order.

IT IS FURTHER ORDERED that Ms. Escamilla shall continue to file the volumes of the reporter's record as they are completed.

IT IS FURTHER ORDERED that Ms. Escamilla shall work on the volumes of court proceedings in consecutive order and shall complete work on a volume before beginning work on the next.

IT IS FURTHER ORDERED that Ms. Escamilla shall continue to file a status report every 14 days, indicating the volumes filed, the nature of the proceedings contained in each volume, and a fair estimate of completion date for all remaining volumes, until the complete reporter's record is filed. Ms. Escamilla's next status report is due on **October 2, 2020**.

IT IS FURTHER ORDERED that the complete reporter's record must be filed in this court no later than **October 5, 2020**.

IT IS FURTHER ORDERED that the Clerk of this Court provide a copy of this Order to all counsel of record.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court